IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. '08 - CV - 0 0 2 7 5 BnB

FEB - 6 2008

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN NASIOUS,

   Plaintiff,

v.

CITY AND COUNTY OF DENVER,
UNDER SHERIFF LOVINGER - Denver City and County Jail,
SHERIFF STRONG - Denver Sheriffs Department,
DENVER HEALTH MEDICAL CENTER - Denver County Jail,
NURSE ROSIE PAGIANO AND COMPLETE MEDICAL STAFF,
COLORADO DEPARTMENT OF CORRECTIONS - OFFICE OF CORRECTIONAL
   LEGAL SERVICES LEGAL ACCESS PROGRAM,
CATHIE HOLST AND COMPLETE STAFF, and
ALL THE ABOVE NAMED DEFENDANTS in their official and individual capacities,

   Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner Complaint and a letter to the court. He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  X   is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  X   other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) ___  is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of February, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 00275**

John Nasious
Prisoner No. 98775
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on    2-5-08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk