IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 3 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00275-BNB

JOHN NASIOUS,
Plaintiff,

v.

CITY AND COUNTY OF DENVER – DENVER SHERIFF'S DEPARTMENT,
SHERIFF STRONG, Denver Sheriff's Department, and
NURSE ROSIE PAGLIANO, Denver Sheriff's Department,
Defendants.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Senior Judge Zita L. Weinshienk and to Magistrate Judge Kathleen M. Tafoya. Accordingly, it is

ORDERED that this case shall be assigned to Senior Judge Zita L. Weinshienk pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED April 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00275-BNB

John Nasious
Prisoner No. 98775
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/3/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk