IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–ZLW–KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual capacity,

    Defendants.

---

# ORDER

---

This matter is before the court on Plaintiff's "Motion to Inquire Defendant Nurse Rosie Pagliano Counsel of Record" (#22, filed May 20, 2008). Plaintiff is requesting that the court clarify and inform him who represents Nurse Rosie Pagliano.

On April 9, 2008, Senior Judge Zita L. Weinshienk signed an order granting service of all defendants by the United States Marshal (#12). Service on Defendant Pagliano was attempted on April 15, 2008, but the United States Marshal was unable to serve the defendant at the address provided by Plaintiff (#15). It is the responsibility of the plaintiff — not the court — to locate the defendants and to provide the United States Marshal with correct addresses for service of the defendants. Plaintiff has not provided a current address for Defendant Pagliano.

Therefore, Defendant Pagliano has not been served, and no counsel has entered an appearance on her behalf. Accordingly, it is

ORDERED that Plaintiff's Motion (#22) is DENIED.

Dated this 27th day of May, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge