IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–ZLW–KMT

JOHN NASIOUS,

   Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual capacity,

   Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Request for City and County of Denver to Release Address Information for U.S. Marshal Service for Defendant Nurse Rose Pagliano" (#27, filed June 4, 2008) is **GRANTED** in part**.** Defendant City and County of Denver is **ORDERED** to provide to the court no later than **June 20, 2008**, in camera, the last known address for Defendant Rosie Pagliano.

Dated: June 13, 2008