IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–ZLW–KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual capacity,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

The plaintiff filed his Amended Prisoner Complaint (the "Complaint") on March 25, 2008. (Doc. No. 9.) The Complaint named three defendants. On June 4, 2008, the plaintiff filed a request for Defendant City and County of Denver to provide an address for Defendant Nurse Pagliano. (Doc. No. 27.) On June 13, 2008, the court ordered Defendant City and County of Denver to provide the last known address for Defendant Pagliano. (Doc. No. 30.) On June 19, 2008, Defendant City and County of Denver filed a notice of an *in camera* filing of the response to this court's order. (Doc. No. 31.) The response, received by the court *in camera*, advised that Defendant Pagliano is a nurse at Denver Health Medical Center. Defendant City and County of Denver has been advised to file the response with the court as it contains no information which should remain *in camera*.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2008

GREGORY C. LANGHAM
                    CLERK

Therefore, it is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Nurse Rosie Pagliano. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon Defendants Nurse Rosie Pagliano at Denver Health Medical Center, 777 Bannock Street, Denver, Colorado 80204. All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Nurse Rosie Pagliano or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 20th day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00275-ZLW-KMT

John Nasious
Prisoner No. 98775
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Nurse Rosie Pagliano,

John Eckhardt
Denver City Attorney's Office
**DELIEVERED ELECTRONICALLY**

Sarah E. McCutcheon
Bruno, Colin, Jewell & Lowe, P.C.
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Nurse Rosie Pagliano; AMENDED COMPLAINT FILED 3/25/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/20/08 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk