IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–ZLW–KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Defendants Pagliano's "Motion to Strike 'Plaintiff's Reply in Objection of Defendant's 2nd Motion to Dismiss and to Strike' Or, in the Alternative, Motion for Leave to File Sur-reply" (Doc. No. 64, filed April 14, 2008) is **GRANTED**. Plaintiff's "Motion to Strike Nurse Pagliano's Motion to Dismiss" (Doc. No. 54) has been construed as a response to Defendant Pagliano's motion to dismiss. (*See* Doc. No. 56.) Defendant filed her reply on March 24, 2009. (Doc. No. 60.) "Plaintiff's Reply in Objection of Defendant's 2nd Motion to Dismiss and to Strike" (Doc. No. 61) is essentially a sur-response. Without being granted permission from the court, Plaintiff may not file a sur-response. D.C.Colo.LCivR 7.1. Accordingly, document number 61 is **STRICKEN**.

Dated: April 15, 2009