IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00275-ZLW-KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - DENVER SHERIFF'S DEPARTMENT,
SHERIFF STRONG, Denver Sheriff's Department, and
NURSE ROSIE PAGLIANO, Denver Sheriff's Department,

    Defendants.

## ORDER

It is ORDERED that, on or before November 30, 2009, Defendants the City and County of Denver, Denver Sheriff's Department, and Sheriff Strong (the Denver Defendants) shall file a brief in response to "Plaintiff Nasious Response To Defendants Motion To Dismiss" (Doc. No. 100), which the Court treats as Plaintiff's objection to the Recommendation of Magistrate Judge issued September 15, 2009 (Doc. No. 90).  The Court is particularly interested in the Denver Defendants' response to Plaintiff's argument that the two-year statute of limitations applicable to Plaintiff's 42 U.S.C. § 1983 claim was tolled during the period Plaintiff allegedly attempted to exhaust his administrative remedies.[1]

DATED at Denver, Colorado this 4th day of November, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See e.g. Smith v. Ortiz, 2006 WL 620871 (10th Cir. March 14, 2006).