IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 08-cv-00275-ZLW-KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - DENVER SHERIFF'S DEPARTMENT,
SHERIFF STRONG, Denver Sheriff's Department, and
NURSE ROSIE PAGLIANO, Denver Sheriff's Department,

    Defendants.

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on March 16, 2011 (Doc. No. 133), it is

ORDERED that this civil action is reinstated.  It is

FURTHER ORDERED that this action is referred to Magistrate Judge Kathleen M. Tafoya pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), and in accordance with the Order Of Reference To Magistrate Judge filed April 16, 2008 (Doc. No. 13).

DATED at Denver, Colorado, this 23rd day of March, 2011.

                BY THE COURT:

                *Zita Leeson Weinshienk*
                _____
                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court