IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–ZLW–KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual capacity,

    Defendants.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by Senior District Judge Zita L. Weinshienk, pursuant to the Order Reinstating Case dated March 23, 2011. (Doc. No. 135.)

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **April 18, 2011,** at **9:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 25th day of March, 2011.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge