IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–CMA–KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,

    Defendants.

---

**ORDER**

---

Due to a scheduling conflict, the final pretrial conference set in this matter for January 24, 2012 at 9:45 a.m. is VACATED. The final pretrial conference is hereby reset for January 17, 2012 at 9:30 a.m.

The parties are reminded that a Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) <u>business</u> days prior to the final pretrial conference.

Dated this 13th day of July, 2011.

BY THE COURT:

/s/ Kathleen M. Tafoya
Kathleen M. Tafoya
United States Magistrate Judge