IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00275–CMA–KMT

JOHN NASIOUS,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual capacity,

      Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Objection to Defendant Rosie Pagliano's Response and to Strike Motion from the Record as Untimely Resopons [sic]" (Doc. No. 165, filed September 27, 2011) is DENIED. Plaintiff filed his Motion to Amend on August 29, 2011. (Doc. No. 161.) Defendant timely filed her response, pursuant to D.C.COLO.LCivR 7.1C, on September 19, 2011. (Doc. No. 163.)

To the extent Plaintiff seeks a ruling on his Motion to Amend, the court will issue a ruling in due course. The court notes that Plaintiff has not filed a reply, and the motion is not yet ripe for ruling.

Dated: September 28, 2011