IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00275–CMA–KMT

JOHN NASIOUS,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER - Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official and individual capacity,
NURSE ROSIE PAGLIANO - Denver Sheriffs [sic] Department, in her official and individual
capacity,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Extend Discovery Due to No Ruling on Amended Complaint" (Doc. No. 164, filed September 27, 2011) is GRANTED in part.  The discovery cutoff is extended for fifty-two days (the amount of time Plaintiff's motion to amend his complaint was pending prior to this court's Recommendation), to December 15, 2011.  Additionally, the dispositive motions deadline is extended to January 17, 2012.  The Final Pretrial Conference set for January 24, 2012, is VACATED and RESET to March 12, 2012, at 9:30 a.m.

Dated: October 20, 2011