**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  08-cv-00275-CMA-KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,  Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official
and individual capacity,
NURSE ROSIE PAGLIANO, Denver Sheriffs [sic] Department, in her official
and individual capacity,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Christine M. Arguello Adopting and Affirming August 28, 2012 Recommendation of United States Magistrate Judge, entered on September 27, 2012 (Doc. # 217), it is

ORDERED that Defendant City and County of Denver's Combined Summary Judgment Motion and Brief (Doc. # 181) is GRANTED.  Defendant Strong's Motion for Summary Judgment and Memorandum Brief (Doc. # 182) is GRANTED . Defendant Pagliano's Motion for Summary Judgment (Doc. # 187) is GRANTED.  It is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the court's Order (#217) would not be taken in good faith, and thus, such an

appeal may not be taken in forma pauperis. In light of the above, it is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

Dated at Denver, Colorado this 27th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk