**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00275-CMA-KMT

JOHN NASIOUS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, Denver Sheriffs [sic] Department,
SHERIFF STRONG, Denver Sheriffs [sic] Department, in his official
   and individual capacity,
NURSE ROSIE PAGLIANO, Denver Sheriffs [sic] Department, in her official
   and individual capacity,

    Defendants.

---

**ORDER TO WITHDRAW COURT ORDER AND REOPEN CASE**

---

This matter is before the Court *sua sponte*. On September 27, 2012, the Court issued its Order Adopting and Affirming August 28, 2012 Recommendation of United States Magistrate Judge. (Doc. # 217.) On September 26, 2012, Plaintiff timely submitted his Objection. (Doc. # 218.) However, the Objection was not entered in the docket until September 27, 2012, <u>after</u> the Court had issued its affirming order. Therefore, it is

    ORDERED that Doc. # 217 and the Final Judgment (Doc. # 219) be withdrawn.

    IT IS FURTHER ORDERED that the Clerk's Office reopen the above-captioned matter for further review.

    DATED: October __09__, 2012

                                                      BY THE COURT:

                                                      */s/ Christine M. Arguello*
                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge